IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARIA RODRIGUEZ, #23392-379**

    **Petitioner,**

**vs.**         **CASE NO.  4:14cv135-MW/CAS**

**J. FLOURNEY,**

    **Respondent.**
_____/

## SECOND REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk.  In a Report and Recommendation entered on April 23, 2014, it was recommended that this case be dismissed for Petitioner's failure to respond to this Court's order (doc. 4).  Doc. 5.  Petitioner's copy of that Report and Recommendation was returned to the Clerk's office undelivered.  Doc. 6.  A check with Bureau of Prison's website reveals that the Petitioner is no longer in BOP custody.  Petitioner has not notified the court of a new address.  Petitioner's last and only submission to the court was her original petition for writ of habeas corpus filed March 12, 2014.  Doc. 1.  It is Petitioner's responsibility to prosecute her own lawsuit and to keep this court apprised of her current address.

Since Petitioner has not furnished the court with a new address, it is doubtful that she will even receive a copy of this Second Report and Recommendation.  In the event the Petitioner does receive a copy, the court will allow her an opportunity to show cause why this Second Report and Recommendation should be vacated, failing which, the Clerk shall be directed to forward the first Report and Recommendation. Doc. 5, and this Second Report and Recommendation to the assigned district judge.

Accordingly, it is **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, this 29th day of April, 2014.

s/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.