# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**MARIA RODRIGUEZ,**

       **Petitioner,**

**v.**                                    **CASE NO.  4:14-cv-135-MW/CAS**

**J. FLOURNEY,**

       **Respondent,**

_____/

## ORDER ACCEPTING AND ADOPTING
## SECOND REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Second Report and Recommendation, ECF No. 7, filed April 29, 2014.   Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for failure to prosecute."     The Clerk shall close the file.

       **SO ORDERED on June 26, 2014.**

                                    **s/Mark E. Walker**_____
                                    **United States District Judge**